

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO AGUIRRE, | Case No. EDCV 09-0116-AHM (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: April 7, 2009

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE